IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES, LLC,
PTV 22, LLC,
PTV 33, LLC, and
PTV 44, LLC

    Defendants.

## ORDER

    This Court's previous Order [Doc. No. 74] was issued in error and is hereby VACATED.

    The Clerk is directed to reinstate [Doc. No. 48] "Amended Motion of Plaintiff Securities and Exchange Commission for an Order to Show Cause Why Defendant Phillip R. Trujillo Should Not Be Held in Contempt for Violation of the Preliminary Injunction Order Entered March 2, 2009 and Certificate of Compliance with D.C.COLO.LCivr 7.1."

    Dated this 25th day of June, 2010.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge