IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-00403-MSK-KMT | FTR - Courtroom C-201 |
| Date: August 5, 2010 | Deputy Clerk, Kathleen Finney and Nick Richards |
| | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Thomas J. Krysa |
| Plaintiff, | |
| v. | |
| PHILLIP R. TRUJILLO, | David A. Zisser |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTION**
**Court in session: 9:04 a.m.**
Court calls case. Appearances of counsel.

Motion hearing is set regarding Defendant's Motion to Stay Proceedings [Doc. No. 81, filed 7/29/2010].

Oral argument by Plaintiff.
Oral argument by Defendant.

Discussion on Plaintiff's Amended Motion for Order to Show Cause [Doc. No. 48, filed 5/13/2010].

**It is ORDERED:** Defendant's Motion to Stay Proceedings [81] is **GRANTED ONLY** as to further proceedings on Motion for Order to Show Cause [48].

**Stay is GRANTED** until 10 days after District Judge Marcia S. Krieger's ruling on Plaintiff's Motion for Summary Judgment [Doc. No. 32, filed 2/26/2010]. Parties are ordered to file a Status Report with the Court **within five days** of District Judge Krieger's ruling on Summary Judgment [32] **OR** on **November 1, 2010**, whichever comes first.

**It is ORDERED:** Ruling on Defendant's Motion in Limine to Preclude Certain Testimony at the Hearing [Doc. No. 82, filed 7/29/2010] is also **stayed** on the same terms and conditions.

**Court in Recess: 9:26 a.m.**
Hearing concluded.
Total In-Court Time    00:22

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.