UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09 –cv-00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,
v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES,
PTV 22, LLC
PTV 33, LLC,
PTV 44, LLC,

        Defendants.

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Motion to Disburse Funds to Pay Tax Obligations **(#115)**, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.      The Motion is **GRANTED**. The Clerk of the Court shall issue a check on CRIS account number D-COX-1-09-cv-000403, under the case name designation <u>SEC v. Trujillo, et al.</u>, for the amount of $103 payable to "Damasco & Associates, Trust Account," for the payment of 2010 tax obligations as set forth in the Declaration. The check shall contain the notation <u>SEC v. Trujillo, et al.</u>, Case No. 09-cv-00403-MSK-KMT, the Federal tax identification number 20-3042202, and payment identification "2010 Tax Return."

    2.      The Clerk shall send the check by overnight mail on or before March 7, 2011 to:

Damasco & Associates LLP
700 Monte Vista lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information using the SEC's billing number.

DATED this 1st day of February, 2011.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge