UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 09-cv-00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES,
PTV 22, LLC,
PTV 33, LLC,
PTV 44, LLC,

        Defendants.

---

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

---

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Unopposed Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator (Motion) **(#147)** and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**:

1. The Clerk of the Court shall issue a check on CRIS account number D-COX-1-09-cv-000403, under the case name designation <u>SEC v. Trujillo, et al</u>**.**, for the amount of $853.74 payable to Damasco & Associates LLP, for the payment of the fees and expenses of the Tax Administrator as set forth in the Declaration. The check shall contain the notation <u>SEC v. Trujillo, et al</u>., Case No. 09-cv-00403-MSK-KMT, the Federal tax identification number 20-3042202, and payment identification "Tax Administrator fees for January 2013 through January 2014".

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information using the SEC's billing number.

DATED this 25th day of March, 2014.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court