UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09 –cv-00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES,
PTV 22, LLC
PTV 33, LLC,
PTV 44, LLC,

        Defendants.

**ORDER TO DISBURSE FUNDS TO PAY FEES
AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number D-COX-1-09-cv-000403, under the case name designation SEC v. Trujillo, et al**.**, for the amount of $852.59 payable to Damasco & Associates LLP, for the payment of the fees and expenses of the Tax Administrator as set forth in the Declaration. The check shall contain the notation SEC v. Trujillo, et al., Case No. 09-cv-00403-MSK-KMT, the Federal tax identification number 20-3042202, and payment identification "Tax Administrator fees for January 2014 through January 2015".

      2. The Clerk shall send the check by overnight mail to:

          Damasco & Associates LLP
          700 Monte Vista Lane
          Half Moon Bay, CA 94019
          Phone: 650-726-4100

      The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information using the SEC's billing number.

      DATED this 25th day of February, 2015.

                              **BY THE COURT:**

                              *[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              Chief United States District Judge