UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09 –cv-00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES,
PTV 22, LLC
PTV 33, LLC,
PTV 44, LLC,

        Defendants.
_____

## ORDER TO TRANSFER THE REMAINING CRIS ACCOUNT FUNDS TO A NON-INTEREST BEARING ACCOUNT HELD BY THE COURT
_____

This matter is currently before me on Plaintiff Securities and Exchange Commission's Unopposed Motion to Transfer the Remaining CRIS (Court Investment Registry System) Account Funds to a Non-Interest Bearing Account Held by the Court ("Unopposed Motion"). Having reviewed this motion, and finding Plaintiff has shown good cause, this motion is GRANTED.

    1. Monies have been paid into the CRIS account established in this matter and distributions have been made therefrom as reflected in the Unopposed Motion.

    2. On March 23, 2011, the Court entered the Final Order to Distribute Investor Funds from CRIS Account. [Doc. 130] The Plan for Distribution of the Amounts Currently Held in the CRIS Account was approved on December 15, 2010. [Doc. 102] The Plan directed the SEC staff to submit a final report to the Court prior to termination of the Fund.

3. According to the Clerk's office, all checks have been distributed and cashed. The remaining funds come to approximately $3,231.50

4. In granting Plaintiff's motion, I find that in order for the Tax Administrator, Damasco & Associates LLP, to prepare a final tax return, the funds must be transferred to a noninterest bearing account.

5. I find that there is no valid objection to the proposed order and there is no reason not to effect the transfer of funds in accordance with Plaintiff's motion.

6. The Clerk of the Court shall promptly transfer the remaining funds in the CRIS Account, less any Court registry fees, to a non-interest bearing account and notify the parties, including the Tax Administrator, that the transfer has been completed.

7. Once the final tax return is filed with the IRS and all taxes have been paid, the Tax Administrator shall prepare the Consolidated Financial Accounting Report ("CFAR") and submit it and its final invoice to Commission staff.

8. The Clerk of the Court shall provide the staff of the Commission and the Tax Administrator with any account information relating to the funds held by the Court that may be required for the final report, including providing copies of any account statements that the staff of the Commission or Tax Administrator may request.

9. The SEC staff shall submit a final report to the Court prior to termination of the Fund. The report shall include, among other things, the CFAR of all monies received, earned, spent, and distributed in connection with the administration of the plan, and a request for approval of any unpaid fees and costs.

10. After the final report is submitted to and approved by the Court and all final fees and expenses have been paid, the Clerk of the Court will close the non-interest bearing account,

transferring any remaining proceeds to the SEC to be transferred by the SEC to the U.S. Treasury. The check shall be mailed to Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, under cover of a letter copied to the Commission's counsel of record that identifies the caption and number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, U.S. Securities and Exchange Commission, into the U.S. Treasury, and, upon receipt of such funds, the Office of Financial Management, U.S. Securities and Exchange Commission, shall remit the funds to the U.S. Treasury.

11. The Fund shall be eligible for termination, after all of the following have occurred: (1) the final accounting has been submitted and approved by the Court; (2) all taxes and fees have been paid; and (3) all remaining funds or any residual have been paid to the SEC for transfer to the U.S. Treasury.

DATED this 5th day of June, 2015.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge