UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09 –cv-00403-MSK-KMT

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PHILLIP R. TRUJILLO,
WEALTH MANAGEMENT RESOURCES,
PTV 22, LLC
PTV 33, LLC,
PTV 44, LLC,

        Defendants.
_____

**ORDER TRANSFERRING THE REMAINING FUNDS
IN THE CRIS ACCOUNT TO THE SECURITIES AND EXCHANGE COMMISSION FOR
FINAL WRAP-UP AND TERMINATION OF THE FUND**
_____

        This matter is currently before me on the Unopposed Motion for Approval of Final Accounting and Transfer of the Remaining Funds to the Securities and Exchange Commission for Final Wrap-Up and Termination of the Fund filed by Plaintiff (hereinafter "the Motion"). The Court, having reviewed the Unopposed Motion and for good cause shown,

        **HEREBY ORDERS:**

        1. That the Consolidated Final Accounting Report is approved.

        2. The Clerk of the Court shall issue a check on the non-interest bearing account associated with the CRIS account D-COX-1-09-cv-000403 [Doc. 153], under the case name designation SEC v. Trujillo, et al., for the amount of $2,213.80 payable to Damasco & Associates LLP, for the payment of the fees and expenses of the Tax Administrator as set forth in the Declaration, as directed in

Exhibit B of the Motion. The check shall contain the notation SEC v. Trujillo, et al., Case No. 09-cv-00403-MSK-KMT, the Federal tax identification number 20-3042202, and payment identification "Tax Administrator fees for June 19, 2015 through July 14, 2015".

3. The Clerk of this Court shall transfer any remaining funds, less any applicable court fees, by check payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

The check shall contain a notation identifying the case title, civil action number and name of this Court.

4. The Commission shall remit all remaining funds held in this matter to the U.S. Treasury.

5. Thereafter the account shall be terminated.

DATED this 24th day of July, 2015.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge